# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

MICHAEL ROBERT ROBINSON,                    Civil No. 18-cv-0491 (JRT/TNL)

        Plaintiff,

v.                                                                                **ORDER**

MEDARIA ARRADONDO,

        Defendant.

---

Michael Robert Robinson, #181993, MCF – Faribault, 1101 Linden Lane, Faribault, MN 55021, *pro se* plaintiff.

George Norris Henry, Minneapolis City Attorney, Sara Lathrop, **CITY ATTORNEY'S OFFICE,** 350 South Fifth Street, Suite 210, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation by United States Magistrate Judge

Tony N. Leung dated July 24, 2018 (Docket No. 24), along with all the files and records,

and no objections to said Recommendation having been filed, **IT IS HEREBY**

**ORDERED** that:

1. Defendant's Motion to Dismiss (Docket No. 3) is **GRANTED.**

2. This matter is **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 15, 2018
at Minneapolis, Minnesota

                             s/John R. Tunheim
                             JOHN R. TUNHEIM
                             Chief Judge
                             United States District Court